MICHELE BECKWITH
Acting United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-PO-00290-SCR |
|---|---|
| Plaintiff, | STIPULATION REGARDING VACATING BENCH TRIAL AND SETTING CHANGE OF PLEA HEARING; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| GINA L. BARRON, | DATE: February 19, 2025 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Sean C. Riordan |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On November 12, 2024, defendant made an initial appearance and entered a not guilty plea. ECF 9.

2. By previous order, this matter was set for bench trial on February 19, 2025. ECF 9.

3. Since that time, the defendant has agreed to accept a verbal plea offer with the government. According to its terms, the defendant agrees to pay a fine of $10, processing fee of $30, and a special assessment of $10, for a total of $50. Defendant agrees to pay this amount immediately upon change of plea, unless a payment plan is ordered by the Court.

///

///

4.      By this stipulation, the parties now move to vacate the bench trial and set a change of plea hearing for February 19, 2025 at 9:00 a.m.

IT IS SO STIPULATED.

Dated: February 5, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ ALSTYN BENNETT
ALSTYN BENNETT
Assistant United States Attorney

Dated: February 5, 2025

/s/ MEGAN T. HOPKINS
MEGAN T. HOPKINS
Counsel for Defendant
GINA L. BARRON

**[PROPOSED] ORDER**

IT IS SO FOUND AND ORDERED this 5th day of February, 2025.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE